# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RAYNETTE ELLISON, an individual;** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **FEDERATED DEPARTMENT** ) <br> **STORES, INC.,** ) <br> **d/b/a MACY'S DEPARTMENT** ) <br> **STORES; ABM JANITORIAL** ) <br> **SERVICES-SOUTHEAST** ) <br> **LLC, a corporation; RIVERCHASE** ) <br> **GALLERIA MALL, a corporation;** ) <br> ) <br> ) <br> **Defendants;** ) | **CASE NO.:**_____ <br> **[Jury Trial Demanded]** |

## COMPLAINT

**COMES NOW** the Plaintiff, by and through undersigned Counsel, and complains of the Defendants as follows:

### (Parties, Jurisdiction and Venue)

1. Plaintiff, Raynette Ellison (hereinafter "Ms. Ellison") is over the age of nineteen and is a resident citizen of Chilton County, Alabama.

2. Defendant, Federated Department Stores, Inc. d/b/a Macy's Department Stores (hereinafter "Macy's Department Store") is a corporation

organized under the laws of the State of Ohio and is doing business in Jefferson County, Alabama.

3. Defendant, ABM Janitorial Services-Southeast, LLC is a corporation organized under the laws of the State of California and is doing business in Jefferson County, Alabama.

4. Defendant, Riverchase Galleria Mall, is a entity doing business in Jefferson County, Alabama.

5. The actions, inactions and/or events giving rise to the Plaintiff's claims occurred wholly within the geographical boundaries of Jefferson County, in the State of Alabama.

6. Jurisdiction is proper in the Court pursuant to 28 U.S.C. § 1332(a)(1) because the Plaintiff and Defendants are citizens of different states, and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), excluding interests and costs. Plaintiff avers that he is a resident of the State of Alabama, Defendant Macy's Department Stores is a corporation organized under the laws of the State of Ohio, Defendant ABM Janitorial Services-Southeast, LLC is a corporation organized under the laws of the State of California, and Defendant Riverchase Galleria mall is a entity doing business in Jefferson County, Alabama.

7. Venue is proper in this Court as a substantial part of the events, acts or omissions giving rise to the claim occurred within this district.

## I. FACTS

8. Plaintiff adopts and avers each and every paragraph above as if fully set out herein.

9. Upon information and belief, Defendant Macy's department store is a business within the Riverchase Galleria Mall. Upon information and belief, ABM Janitorial Services-Southeast, LLC is a janitorial group providing services within Macy's Department Store and/or Riverchase Galleria Mall.

10. On or about September 6, 2015, Plaintiff, Ms. Ellison was an invitee on the premises of Riverchase Galleria Mall in the Macy's Department Stores located in the city of Birmingham, Jefferson County, Alabama.

11. While on the Defendants' premises, and due to the acts and/or omissions of aforementioned Defendants, Ms. Ellison was caused to slip and fall when she unknowingly came into contact with a slippery liquid on the floor, and thus caused to suffer severe and permanent injuries and damages.

## II. CAUSES OF ACTION

### COUNT ONE
### NEGLIGENCE

Plaintiff re-adopts and re-incorporates each and every paragraph above as if fully set out herein.

12. Defendants breached their duty to Ms. Ellison in at least the following particulars:

    a. Failing to use reasonable care and diligence to keep the premises in a safe condition;

    b. Creating a dangerous condition upon the premises;

    c. Failing to use reasonable care and diligence to remove and/or remedy a dangerous condition on the premises; and,

    d. Failing to warn or otherwise sufficiently notify invitees, such as Ms. Ellison, of a dangerous condition upon the premises, not readily apparent to invitees, such as Ms. Ellison, despite the exercise of reasonable diligence.

13. Plaintiff avers that the negligence of the Defendants jointly and severally, directly and proximately caused Ms. Ellison to suffer severe and permanent injuries and damages.

## COUNT TWO
## GROSS NEGLIGENCE AND/OR WANTONNESS

Plaintiff re-adopts and re-alleges the preceding paragraphs as if fully set forth herein.

13. Defendants knew or should have known that the premises were unsafe and unreasonably dangerous to Ms. Ellison, yet, despite such knowledge, invited

Ms. Ellison to enter the premises for the purposes of Defendants' profits, thereby demonstrating wanton and reckless disregard for the health, welfare and safety of Ms. Ellison.

14. Defendants' wantonness directly and proximately caused Ms. Ellison to suffer severe and permanent injuries and damages.

**WHEREFORE**, Plaintiff requests a trial by jury and judgment against all Defendants, individually, jointly and/or severally, in a sum to be determined by a jury. Plaintiff further prays for all other relief, of either a legal or equitable nature, to which he may be justly entitled.

### III.
### JURY DEMAND

17. Plaintiff demands a trial by struck jury.

*/s/ Kirby D. Farris*
Kirby D. Farris (asb-2224-r78k)
Attorney for Plaintiff

*/s/ Jessica M. Zorn*
Jessica M. Zorn (asb-7200-z21g)
Attorney for Plaintiff

OF COUNSEL:

**Farris, Riley & Pitt, L.L.P.**
1700 Financial Center
505 20th Street North
Birmingham, AL 35203
Phone: (205) 324-1212
Fax: (205) 324-1255
kfarris@frplegal.com
jzorn@frplegal.com

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

        */s/ Kirby D. Farris*
        OF COUNSEL

        */s/ Jessica M. Zorn*
        OF COUNSEL

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:**

Federated Department Stores, Inc. d/b/a Macy's Department Stores
c/o The Corporation Company
60 Commerce Street
Montgomery, Alabama 36103

ABM Janitorial Services-Southeast, LLC
c/o CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

Riverchase Galleria Mall
2000 Riverchase Galleria
Birmingham, Alabama 35244