

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RAYNETTE ELLISON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action Number |
| | ) **2:17-cv-01496-AKK** |
| **MACY'S RETAIL HOLDINGS, INC. and ABM INDUSTRY GROUPS, LLC,** | ) |
| **Defendants.** | ) |

### ORDER

Consistent with the parties' Joint Stipulation of Dismissal, doc. 46, this case is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs. The Clerk is **DIRECTED** to close this file.

**DONE** the 19th day of February, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE